Case 5:21-cv-06477-NC   Document 32   Filed 05/26/22

FILED
May 26 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

Anthony P. Condotti, City Attorney, SBN 149886
acondotti@abc-law.com
Catherine Bronson, Deputy City Attorney, SBN 267527
cbronson@abc-law.com
Stephanie M. Duck, Deputy City Attorney, SBN 324429
sduck@abc-law.com
**ATCHISON, BARISONE & CONDOTTI**
A Professional Corporation
PO Box 481
Santa Cruz, CA 95061
Telephone:      (831) 423-8383
Facsimile:      (831) 576-2269

Attorneys for Defendants, CITY OF SANTA CRUZ and SEAN TERRY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL TRUJILLO, an individual;<br><br>　　　　Plaintiff,<br>v.<br><br>CITY OF SANTA CRUZ, a municipal corporation; SEAN TERRY, in his individual capacity as a law enforcement officer for CITY OF SANTA CRUZ; and DOES 1-50, inclusive.<br><br>　　　　Defendants. | Case No.: 5:21-cv-06477-NC<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDE** |

Plaintiff EMANUEL TRUJILLO and Defendants CITY OF SANTA CRUZ and Santa Cruz Police Officer SEAN TERRY (collectively, "the Parties") hereby submit the following Stipulation and Order.

## STIPULATION

The Parties entered into a settlement agreement on May 18, 2022 ("Settlement Agreement"), in which the parties agreed that Plaintiff would dismiss the case with prejudice. On May 25, 2022, Plaintiff's Counsel received from Defendants' Counsel a settlement check satisfying the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED AND AGREED UPON by and between Plaintiff and Defendants that, upon the Court's approval, this matter shall be dismissed with prejudice, with each party bearing its own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: May 26, 2022               POINTER & BUELNA, LLP
                                  LAWYERS FOR THE PEOPLE

                                  /s/ TY CLARKE
                                  TY CLARKE
                                  Attorney for PLAINTIFF


Dated: May 26, 2022               ATCHISON, BARISONE & CONDOTTI, APC

                                  /s/ *Stephanie Duck*
                                  STEPHANIE DUCK
                                  Attorney for DEFENDANTS


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: May 26, 2022               _____
                                  HON. MAGISTRATE JUDGE NATHANAEL COUSINS
                                  United States District Court

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]